FILED

FEB 15 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00068 OWW |
| Plaintiff, | |
| v. | ORDER TO UNSEAL INDICTMENT |
| CLAIRE DENISE MADDEN, | |
| Defendant. | |

The indictment in this case having been sealed by order of this Court on February 10, 2011, and it appearing that the indictment no longer needs to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the indictment in this case be unsealed and made public record.

DATED: 2/15/11

_____
UNITED STATES MAGISTRATE JUDGE

2